UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., | ) | Case No.: 1:07 CV 2777 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM S. MARTIN, *et al.*, | ) | |
| | ) | |
| Defendants | ) | <u>ORDER</u> |

Plaintiff's Motion for Default Judgment (ECF No. 8) will be heard by the court on February 28, 2008, at Noon. If Defendants wish to be heard, they must call the court at (216) 357-7171 at that time. Plaintiff's counsel may attend the conference by telephone also.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 15, 2008